IN RE: James Eric JONES, Petitioner.

No. 17-1289

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2017

Decided: June 27, 2017

James Eric Jones, Petitioner Pro Se.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Eric Jones petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We also deny Jones' motion for bail without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*